IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-172 Erie |
| ) | |
| HOLLY C. DOBROSKY, ESQUIRE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on July 31, 2006 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The chief magistrate judge's report and recommendation, filed on July 23, 2007 [13], recommends that the Defendant's motion to dismiss [11] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail at SCI Forest, where he is incarcerated, and on the Defendant. No objections were filed. After de novo review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 13th Day of August, 2007;

IT IS HEREBY ORDERED that the Defendants' motion to dismiss the complaint [11] is GRANTED and the case is DISMISSED.

The report and recommendation of Chief Magistrate Judge Baxter, dated July 23, 2007 [13], is adopted as the opinion of this Court.

s/ SEAN J. McLAUGHLIN
Sean J. McLaughlin
United States District Judge

cc:   all parties of record
      Chief U.S. Magistrate Judge Baxter